```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,     )
                              )    No. CR-04-210-LRS
              Plaintiff,      )
                              )    ORDER GRANTING UNCONTESTED
v.                            )    MOTION TO TRAVEL
                              )
LISA MARIE GIACOMINO,         )
                              )
              Defendant.      )
                              )
```

BEFORE THE COURT is Defendant's uncontested Motion (Ct. Rec. 45) to allow travel outside this district to Seattle, Washington, to celebrate her son's birthday. Neither the United States nor Pretrial Services oppose the Motion. In addition, Defendant has been fully compliant with her conditions of release.

Accordingly, the Defendant's Motion **(Ct. Rec. 45)** is **GRANTED. Defendant may travel, by car, to Seattle, Washington, on Friday, June 3, 2005, and return to Spokane no later than Sunday, June 5, 2005.**

Defendant shall abide by all conditions of release previously set.

**IT IS SO ORDERED**.

DATED May 27, 2005.

                         S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNCONTESTED MOTION TO TRAVEL - 1